IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHY BARNETTE** and **CLAY D. BREECE**, <br>                    **Plaintiffs,** <br> v. <br> **KENNETH LAWRENCE, JR.,** *et al.,* <br>                    **Defendants.** | Civil Action No. 20-05477 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Philip W. Newcomer of the Montgomery County Solicitor's Office on behalf of the Defendants Kenneth Lawrence, Jr., Valerie A. Arkoosh, MD, MPH and Frank Dean.

                                                          Respectfully submitted,
                                                          MONTGOMERY COUNTY SOLICITOR'S OFFICE

                                                          */s/ Philip W. Newcomer*
                                                          Philip W. Newcomer, Esquire
                                                          Atty I.D. No. 60055
                                                          One Montgomery Plaza, Suite 800
                                                          P.O. Box 311
                                                          Norristown, PA  19404-0311
                                                          610-278-3033

                                                          Counsel for Defendants,
                                                          Kenneth Lawrence, Jr., Valerie A. Arkoosh, MD, MPH and Frank Dean

Dated:   November 3, 2020