## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KATHY BARNETTE and CLAY D. BREECE, | : |
|  | : |
|  | :  NO. 2:20-CV-5477 |
| Plaintiffs, | : |
|  | : |
| v. | : |
| KENNETH E. LAWRENCE, VALERIE ARKOOSH, | : |
| MD, MPH, and FRAN DEAN, | : |
|  | : |
| Defendants. | : |
|  | : |
|  | : |
|  | : |

### ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance in this case as counsel for Kenneth E. Lawrence, Valerie

Arkoosh, MD, MPH, and Fran Dean in their official capacities in the above referenced matter.


Dated: November 3, 2020               HANGLEY ARONCHICK SEGAL
                                       PUDLIN & SCHILLER

                                By:    */s/ Mark A. Aronchick*
                                       Mark A. Aronchick
                                       (Pa. I.D. No. 20261)
                                       One Logan Square, 27th Floor
                                       Philadelphia, PA 19103
                                       Telephone:  (215) 568-6200
                                       Email:  maronchick@hangley.com

                                       *Attorney for Defendants Kenneth E.*
                                       *Lawrence, Valerie Arkoosh, MD, MPH,*
                                       *and Fran Dean in their official capacities*

## **CERTIFICATE OF SERVICE**

I, Mark A. Aronchick, certify that on the 3rd day of November, 2020, a copy of the

foregoing Entry of Appearance was served by ECF filing on all counsel.

*/s/ Mark A. Aronchick*
Mark A. Aronchick