IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARNETTE and CLAY D. BREECE, <br><br> Plaintiffs, <br><br> v. <br> KENNETH E. LAWRENCE, VALERIE ARKOOSH, MD, MPH, and FRANK DEAN, <br><br> Defendants. | NO. 2:20-CV-5477 |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

    Kindly enter my appearance in this case as counsel for Kenneth E. Lawrence, Valerie Arkoosh, MD, MPH, and Frank Dean in their official capacities in the above referenced matter.

Dated: November 3, 2020

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

By:   */s/ Michele D. Hangley*
      Michele D. Hangley
      (Pa. I.D. No. 82779)
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200
Email: mhangley@hangley.com

*Attorney for Defendants Kenneth E. Lawrence, Valerie Arkoosh, MD, MPH, and Frank Dean in their official capacities*

## **CERTIFICATE OF SERVICE**

I, Michele D. Hangley, certify that on the 3rd day of November, 2020, a copy of the foregoing Entry of Appearance was served by ECF filing on all counsel.

>   */s/ Michele D. Hangley*
>   Michele D. Hangley