## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KATHY BARNETTE and CLAY D. BREECE,  :  <br> : <br> : <br> Plaintiffs,  : <br> : <br> v.  : <br> : <br> KENNETH E. LAWRENCE, VALERIE  : <br> ARKOOSH, MD, MPH, and FRANK DEAN,  : <br> : <br> Defendants.  : <br> : | NO. 2:20-CV-5477 |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance in this case as counsel for Kenneth E. Lawrence, Valerie Arkoosh, MD, MPH, and Frank Dean in their official capacities in the above referenced matter.

                                                  HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

Dated: November 3, 2020           By:   */s/ Robert A. Wiygul*
                                                    Robert A. Wiygul (I.D. No. 310760)
                                                    One Logan Square, 27th Floor
                                                    Philadelphia, PA 19103
                                                    (215) 568-6200

                                                    *Attorney for Defendants Kenneth E.*
                                                    *Lawrence, Valerie Arkoosh, MD, MPH, and*
                                                    *Frank Dean in their official capacities in the*
                                                    *above referenced matter*

## **CERTIFICATE OF SERVICE**

I Robert A. Wiygul hereby certify that on the 3rd day of November, 2020, a copy of the foregoing Entry of Appearance was served by ECF filing on all counsel.

<i>/s/ Robert A. Wiygul</i><br>
Robert A. Wiygul