IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARNETTE and<br>CLAY D. BREECE,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br>KENNETH LAWRENCE, JR., *et al.,*<br>　　　　　　　　Defendants. | Civil Action No. 20-05477 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

　　Kindly enter the appearance of Milton Velez of the Montgomery County Solicitor's Office on behalf of the Defendants Kenneth Lawrence, Jr., Valerie A. Arkoosh, MD, MPH and Frank Dean.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　MONTGOMERY COUNTY SOLICITOR'S OFFICE

　　　　　　　　　　　　　　　　　*/s/ Milton Velez*
　　　　　　　　　　　　　　　　　Milton Velez, Esquire
　　　　　　　　　　　　　　　　　Atty I.D. No. 58907
　　　　　　　　　　　　　　　　　One Montgomery Plaza, Suite 800
　　　　　　　　　　　　　　　　　P.O. Box 311
　　　　　　　　　　　　　　　　　Norristown, PA  19404-0311
　　　　　　　　　　　　　　　　　610-278-3033

　　　　　　　　　　　　　　　　　Counsel for Defendants,
　　　　　　　　　　　　　　　　　Kenneth Lawrence, Jr., Valerie A. Arkoosh, MD, MPH and Frank Dean

Dated:　November 3, 2020