AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-5477

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **KENNETH LAWRENCE JR**
was received by me on *(date)* **11/3/20**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **JERRY, DIRECTOR OF SECURITY**, who is designated by law to accept service of process on behalf of *(name of organization)* **MONTGOMERY COUNTY BOARD OF ELECTIONS** on *(date)* **11/3/20**; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: **11/3/20**

*Server's signature*

**BRIAN DALY, PROCCESS SERVER**
*Printed name and title*

**3227 RIDING CT   CHALFONT PA 18914**
*Server's address*

Additional information regarding attempted service, etc: