IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARNETTE, individually and as a candidate for Pennsylvania's 4th Congressional District and on behalf of all citizen electors of Berks County, Pennsylvania, et al.<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH E. LAWRENCE JR., Chair of the Montgomery County Board of Elections and Vice Chair of the Montgomery County Board of Commissioners, in his official capacity, et al.<br><br>Defendants. | Civil Action No. 2:20-cv-05477 |

## **MOTION FOR TEMPORARY RESTRAINING ORDER**

1. Plaintiffs, Kathy Barnette and Clay Breece, by counsel, respectfully request that this Court grant their Motion for Temporary Restraining Order for the reasons set forth in the Memorandum in Support of this Motion for Temporary Restraining Order.

Respectfully Submitted,

**DILLON, MCCANDLESS, KING,
COULTER & GRAHAM, LLP**

By: /s/ Thomas E. Breth
    Thomas E. Breth
    Jordan P. Shuber