IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARNETTE, individually and as a candidate for Pennsylvania's 4th Congressional District and on behalf of all citizen electors of Berks County, Pennsylvania, et al.<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH E. LAWRENCE JR., Chair of the Montgomery County Board of Elections and Vice Chair of the Montgomery County Board of Commissioners, in his official capacity, et al.<br><br>Defendants. | Civil Action No. 2:20-cv-05477 |

## **NOTICE OF HEARING**

AND NOW, this 3rd day of November 2020, it is hereby ORDERED and DECREED that a an emergency hearing shall take place on the 4th day of November 2020 on Plaintiffs' Motion for a Temporary Restraining Order, at 9 a.m. at 601 Market Street, Philadelphia, PA 19106.

                                         Respectfully Submitted,

                                         **DILLON, MCCANDLESS, KING,**
                                         **COULTER & GRAHAM, LLP**

Dated: <u>November 3, 2020</u>              By: <u>/s/ Thomas E. Breth</u>
                                                                    Thomas E. Breth
                                                                    Jordan P. Shuber