IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARNETTE, individually and as a candidate for Pennsylvania's 4th Congressional District and on behalf of all citizen electors of Berks County, Pennsylvania, et al.<br><br>                    Plaintiffs,<br>          v.<br><br>KENNETH E. LAWRENCE JR., Chair of the Montgomery County Board of Elections and Vice Chair of the Montgomery County Board of Commissioners, in his official capacity, et al.<br><br>                    Defendants. | Civil Action No. 2:20-cv-05477 |

**ORDER**

AND NOW, this November 4, 2020, IT IS HEREBY ORDERED and DECREED that Plaintiff's Motion for Temporary Restraining Order is immediately GRANTED, and the Defendants are hereby ENJOINED from pre-canvassing contrary to the provisions of the Election Code, ENJOINED from mishandling the defective ballots contrary to the provisions of the Election Code, ENJOINED from commingling any perceived or actual defective mail-in ballots or any perceived or actual defective absentee ballots with other ballots, and enjoined from commingling any mail-in ballot or absentee ballot submitted to cure any defective ballot with other ballots. A hearing on the merit is hereby listed for _____ day of _____, 2020.

Dated: _____                                        _____

                                                                                        SAVAGE, J.