**From:** Stein, Josh JStein1@montcopa.org
**Subject:** Fwd: LIST OF BALLOTS TO BE CURED
**Date:** October 31, 2020 at 1:44 PM
**To:** julia@montgomerycountygop.com, blevy@mcdems.org

Julia/Brian,

Attached, please find the spreadsheet of ballots received by the County with apparent defects.

Joshua M. Stein
County Solicitor
Montgomery County Solicitor's Office
One Montgomery Plaza
Suite 800
Norristown, PA 19404-0311
Phone: 610-278-3033
Fax: 610-278-3069
Joshstein@montcopa.org

Begin forwarded message:

**From:** "Dean, Francis" <FDean@montcopa.org>
**Date:** October 31, 2020 at 11:11:04 AM EDT
**To:** "Soltysiak, Lee" <lsoltysi@montcopa.org>, "Stein, Josh" <JStein1@montcopa.org>
**Subject: FW: LIST OF BALLOTS TO BE CURED**

**Gentlemen,**

**Please see attached latest list of ballots with defects. If the defect is an Incomplete Declaration or Missing Secrecy Envelope, the voter need only come to 1430 DeKalb Street, Norristown, PA 19401. They will be given the opportunity to correct their declaration or we will provide them with a secrecy envelope, which they can then insert and reseal inside the Ballot Return Envelope.**

**For the remainder of defects, the voter needs to go to Voter Services, One Montgomery Plaza, 425 Swede Street, Suite 602, Norristown, PA 19404 and request a Cancel/Replace.**

**Very truly yours,**

Frank Dean | Director of Mail-In Elections
Voter Services
County of Montgomery
425 Swede Street, Suite 602, PO Box 311, Norristown, PA 19404

☎610.278.3770 | ✉fdean@montcopa.org
www.montcopa.org



voter contact