IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARNETTE, individually and as a candidate for Pennsylvania's 4th Congressional District and on behalf of all citizen electors of Berks County, Pennsylvania, et al.<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>KENNETH E. LAWRENCE JR., Chair of the Montgomery County Board of Elections and Vice Chair of the Montgomery County Board of Commissioners, in his official capacity, et al.<br><br>　　　　　　　　　Defendants. | :<br>:<br>: Civil Action No. 2:20-cv-05477<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DECLARATION OF SHAWN MICHAEL PACKER

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. My name is Shawn Michael Packer, and I am a representative of the Montgomery County Republican Committee.

2. On November 3, 2020, I went to the Montgomery County Human Services Building, 1430 DeKalb Street, Norristown, PA, to view the pre-canvassing and canvassing process. I arrived at roughly 10:45 AM.

3. When I arrived, I noticed three individuals cataloging mail bins filed with ballots, which could have been mail-in or absentee ballots.

4. I was informed by a Montgomery County official that these ballots were rejected because of some sort of deficiency.

5. Each of the individuals cataloging the rejected mail-in or absentee ballots, began handwriting the name of the voter and SURE ID of each rejected ballot.  These Montgomery County officials eventually provided a copy of the pages on which the name

of the voter and SURE ID of each rejected ballot was written, to representatives from the Democrat Party and myself.

6. Shortly after noon on November 3, 2020, Frank Dean, Mail-In Election Director for Montgomery County, began scanning with a barcode scanner the exterior of the mail-in or absentee ballots.

7. I asked a person with a supervisor nametag that introduced herself to me as a Solicitor for Montgomery County, what Dean was doing. She informed me she did not know and would ask her superior. After about ten minutes, she responded to my question that Dean was creating a secondary record of the mail-in or absentee ballots' defects.

8. It was my understanding that Montgomery County was providing the handwritten list of SURE ID's from rejected ballots so that representatives from the Democrat and Republican committees could contact individuals to ensure their ballot meets the statutory requirements for acceptance.

9. I was not able to observe what happened to the mail-in or absentee ballots after Dean scanned the barcode.

10. Dean was scanning barcodes for both mail-in and absentee ballots that appeared to be "naked" ballots, meaning ballots without an inner envelope, and ballots with perceived or actual defects in the declaration issues.

11. During my time observing the process at 1430 DeKalb Street, Norristown, PA, I overheard an observer from the Democrat party says he was informed that electors would be given the opportunity to correct any perceived or actual defects in their ballots, including declaration issues and "naked" ballot issues.

I, Shawn Michael Packer, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 3, 2020

_____
Shawn Michael Packer