# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kathy Barnette, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Kenneth E. Lawrence Jr., Chair of the Montgomery County Board of Elections and Vice Chair of the Montgomery County Board of Commissioners, in his official capacity, *et al.*,<br><br>　　　　　　Defendants. | No. 20-cv-5477<br><br>Judge Petrese B. Tucker |

## ENTRY OF APPEARANCE

　　　　Kindly enter the appearance of Terence M. Grugan as counsel for Proposed Intervenor. Democratic National Committee, in this action.

Dated:  November 3, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Terence M. Grugan*　　　　　　　．
　　　　　　　　　　　　　　　　　　　　Terence M. Grugan (I.D. No. 307211)
　　　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP
　　　　　　　　　　　　　　　　　　　　1735 Market Street, 51st Floor
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103-7599
　　　　　　　　　　　　　　　　　　　　T: 215.665.8500
　　　　　　　　　　　　　　　　　　　　F: 215.864.8999
　　　　　　　　　　　　　　　　　　　　*Counsel for Proposed Intervenor Democratic National Committee*