IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kathy Barnette, et. al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Kenneth Lawrence, et. al. | : | No.: 2:20-cv-05477 |

ORDER

AND NOW, this _____ day of _____ November _____ 20 20 , it is hereby

ORDERED that the application of __Marc E. Elias_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:20-cv-05477

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Marc E. Elias, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| DC | 6/30/1994 | 442007 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| see attached | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _____
(Applicant's Signature)

11/03/2020
(Date)

Name of Applicant's Firm: Perkins Coie LLP
Address: 700 Thirteenth St., N.W., Suite 800, Washington D.C. 20005
Telephone Number: 202-654-6200
Email Address: melias@perkinscoie.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/03/2020
(Date)                               (Applicant's Signature)

04/20

**(Sponsor's Statement, Motion and Certificate of Service)**

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Marc E. Elias__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Terence M. Grugan | /s/ Terence M. Grugan | 2011 | 307211 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

(Sponsor's office address and telephone number):

Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103; 215-864-8320

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/3/2020__      /s/ Terence M. Grugan
(Date)                          (Sponsor's Signature)

in the United States District Court
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| Kathy Barnette, et. al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Kenneth Lawrence, et. al. | : | no. 2:20-cv-05477 |

### certificate of service

I declare under penalty of perjury that a copy of the application of **Marc E. Elias**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

All counsel of record via the Court's ECF system.

/s/ Terence M. Grugan
(Signature of Attorney)

Terence M. Grugan
(Name of Attorney)

Democratic National Committee
(Name of Moving Party)

11/03/2020
(Date)

## MARC E. ELIAS

## BAR ADMISSIONS

| Jurisdiction | Date Admitted | Bar Number | Status With Bar Or Court |
|---|---|---|---|
| District of Columbia | 6/30/94 | 442007 | Active |
| U.S. Supreme Court | 2/23/09 | 270360 | Active |
| U.S. Court of Appeals - D.C. Circuit | 1/4/95 | No Bar Number | Active |
| U.S. Court of Appeals - 3rd Circuit | 3/15/2010 | No Bar Number | Active |
| U.S. Court of Appeals - 4th Circuit | 8/19/14 | No Bar Number | Active |
| U.S. Court of Appeals - 5th Circuit | 8/26/11 | No Bar Number | Active |
| U.S. Court of Appeals - 6th Circuit | 2016 | No Bar Number | Active |
| U.S. Court of Appeals - 7th Circuit | 5/8/2020 | No Bar Number | Active |
| U.S. Court of Appeals - 8th Circuit | 10/21/2020 | No Bar Number | Active |
| U.S. Court of Appeals - 9th Circuit | 9/27/16 | No Bar Number | Active |
| U.S. Court of Appeals - 10th Circuit | 6/17/99 | No Bar Number | Active |
| U.S. Court of Appeals - 11th Circuit | 9/26/17 | No Bar Number | Active |
| U.S. District Court for the District of Columbia | 1/9/95 | No Bar Number | Active |
| U.S. District Court for the Northern District of Florida | November 2015 | No Bar Number | Active |
| U.S. District Court for the Eastern District of Michigan | 6/2/95 | No Bar Number | Active |
| U.S. District Court for the Western District of Wisconsin | 5/10/15 | No Bar Number | Active |