IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kathy Barnette, et. al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Kenneth Lawrence, et. al. | : | No.: 2:20-cv-05477 |

ORDER

AND NOW, this _____ day of November 20 20 , it is hereby

ORDERED that the application of  Stephanie I. Command_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system.  Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:20-cv-05477

APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. Applicant's Statement

I, __Stephanie I. Command__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __Credit Card__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 1/10/2018 | 5547807 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| COURT OF APPEALS FIFTH CIRCUIT | 08/07/2020 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| COURT OF APPEALS FOURTH CIRCUIT | 05/07/2019 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   ........*[signature]*........................ 
(Applicant's Signature)

11/03/2020 ........................................
(Date)

Name of Applicant's Firm   Perkins Coie LLP

Address   700 Thirteenth St., N.W., Suite 800, Washington D.C. 20005

Telephone Number   202-654-1725

Email Address   SCommand@PerkinsCoie.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/03/2020                                           ........*[signature]*............
                    (Date)                                                                        (Applicant's Signature)

PTORP

**II. Sponsor's Statement, Motion and Certificate of Service**

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of **Stephanie I. Command** to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Terence M. Grugan | /s/ Terence M. Grugan | 2011 | 307211 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

Sponsor's Office Address and Telephone Number:

Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103; 215-864-8320

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/3/2020**    /s/ Terence M. Grugan
(Date)    (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kathy Barnette, et. al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Kenneth Lawrence, et. al. | : | No. 2:20-cv-05477 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Stephanie I. Command, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

All counsel of record via the Court's ECF system.

/s/ Terence M. Grugan
(Signature of Attorney)

Terence M. Grugan
(Name of Attorney)

Democratic National Committee
(Name of Moving Party)

11/03/2020
(Date)