**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kathy Barnette, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>Kenneth E. Lawrence Jr., Chair of the Montgomery County Board of Elections and Vice Chair of the Montgomery County Board of Commissioners, in his official capacity, *et al.*,<br><br>    Defendants. | No. 20-cv-5477<br><br>Judge Petrese B. Tucker |

## ENTRY OF APPEARANCE

  Kindly enter the appearance of Edward D. Rogers as counsel for Proposed Intervenor. Democratic National Committee, in this action.

Dated: November 3, 2020    Respectfully submitted,

              */s/ Edward D. Rogers*     .
              Edward D. Rogers (I.D. No. 69337)
              BALLARD SPAHR LLP
              1735 Market Street, 51st Floor
              Philadelphia, PA  19103-7599
              T: 215.665.8500
              F: 215.864.8999
              *Counsel for Proposed Intervenor Democratic National Committee*