IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kathy Barnette, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>Kenneth E. Lawrence Jr., Chair of the Montgomery County Board of Elections and Vice Chair of the Montgomery County Board of Commissioners, in his official capacity, *et al.*,<br><br>                    Defendants. | No. 20-cv-5477<br>Judge Petrese B. Tucker |

**PROPOSED INTERVENOR-DEFENDANT'S MOTION TO INTERVENE**

Proposed Intervenor-Defendant Democratic Services Corporation/Democratic National Committee (the "DNC") moves for leave to participate in this action to defend its interests against the claims asserted by Plaintiffs. For the reasons discussed in the memorandum in support, Proposed Intervenor is entitled to intervene in this case as a matter of right under Federal Rule of Civil Procedure 24(a)(2). In the alternative, Proposed Intervenor requests permissive intervention pursuant to Rule 24(b). In accordance with Rule 24(c), a proposed answer to Plaintiffs' complaint is attached as Exhibit A.

WHEREFORE, Proposed Intervenor requests that the court grant it leave to intervene in the above-captioned matter.

Dated: November 3, 2020.                    Respectfully submitted,

/s/ *Edward Rogers*

Edward Rogers
Terence M. Grugan
**Ballard Spahr LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
Rogerse@ballardspahr.com
Grugant@ballardspahr.com

Marc E. Elias*
Uzoma Nkwonta*
John M. Geise*
Stephanie Command*
**PERKINS COIE LLP**
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
unkwonta@perkinscoie.com
jgeise@perkinscoie.com
scommand@perkinscoie.com

*Counsel for Proposed Intervenor*

*\*Motions for Admission Pro Hac Vice Forthcoming*

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on Tuesday, November 3, 2020, on I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        /s/ *Edward Rogers*
                                        Counsel for Proposed Intervenor