UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kathy Barnette, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>Kenneth E. Lawrence Jr., Chair of the Montgomery County Board of Elections and Vice Chair of the Montgomery County Board of Commissioners, in his official capacity, *et al.*,<br><br>     Defendants. | No. 20-cv-5477<br>Judge Petrese B. Tucker |

**[PROPOSED] ORDER GRANTING PROPOSED INTERVENOR-DEFENDANT'S MOTION TO INTERVENE**

  Before the Court is Proposed Intervenor-Defendant's Motion to Intervene. Having reviewed the papers filed in support of and in opposition to (if any) this motion, and being fully advised, the Court finds that that Proposed Intervenor-Defendant has satisfied either the elements of intervention as of right or the elements of permissive intervention. Accordingly, Proposed Intervenor-Defendant is entitled to intervene in this case, and the Court GRANTS Proposed Intervenor-Defendant's motion.

  It is so **ORDERED.**

  **SIGNED**:             _____

                   Judge Petrese B. Tucker
                   United States District Judge