**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KATHY BARNETTE AND CLAY D. BREECE,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH E. LAWRENCE JR., VALERIE A. ARKOOSH. MD, MPH, FRANK DEAN, in their individual capacities,<br><br>Defendants. | CIVIL ACTION<br><br>No. 2-20-cv-05477 |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

Kindly enter the appearance of A. Michael Pratt on behalf of proposed intervenor, the Pennsylvania Democratic Party, in the above captioned matter.

Respectfully submitted,

Dated: November 4, 2020

**GREENBERG TRAURIG, LLP**

*s/ A. Michael Pratt*
A. Michael Pratt
**GREENBERG TRAURIG, LLP**
1717 Arch Street, Suite 400
Philadelphia, PA 19103
(t) 215.972.5916/7818/7826
(f) 215.988.7801
prattam@gtlaw.com
greenbergk@gtlaw.com
rosemana@gtlaw.com

*Attorneys for Intervenor*

## **CERTIFICATE OF SERVICE**

I, A. Michael Pratt, hereby certify that on November 4, 2020, I caused a true and correct copy of the foregoing Notice of Appearance to be served on counsel of record for Plaintiffs and Defendants listed on the docket via the Court's ECF system.

                                                    */s/ A. Michael Pratt*
                                                    A. Michael Pratt