# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTER DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHY BARNETTE AND CLAY D. BREECE, | ) | CIVIL ACTION |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2-20-cv-05477 |
| | ) | |
| KENNETH E. LAWRENCE JR., VALERIE A. ARKOOSH, MD, MPH, and FRANK DEAN in their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## **PENNSYLVANIA DEMOCRATIC PARTY'S MOTION TO INTERVENE**

Pursuant to Fed. R. Civ. P. 24 (a) and (b) of the Federal Rules of Civil Procedure, non-party, the Pennsylvania Democratic Party ("PA Democratic Party"), that is representing the interests of itself, its voters, and its candidates, moves for leave to intervene in this action to defend against claims of violations of the United States Constitution and the Pennsylvania Election Code asserted by Plaintiffs Kathy Barnette and Clay D. Breece. In support of its Motion, the PA Democratic Party incorporates by reference its Brief in Support of its Motion to Intervene.

Respectfully submitted,

Dated: November 4, 2020

/s/ A. Michael Pratt
A. Michael Pratt
Kevin M. Greenberg
Adam R. Roseman
**GREENBERG TRAURIG, LLP**
1717 Arch Street, Suite 400
Philadelphia, PA 19103
(t) 215.972.5916/7818/7826
(f) 215.988.7801
prattam@gtlaw.com
greenbergk@gtlaw.com
rosemana@gtlaw.com

*Attorneys for Intervenor*

## CERTIFICATE OF SERVICE

I, A. Michael Pratt, hereby certify that on November 4, 2020, I caused a true and correct copy of the foregoing Motion to Intervene, Brief in Support, and Proposed Order to be served on counsel of record for Plaintiffs and Defendants listed on the docket via the Court's ECF system.

*/s/ A. Michael Pratt*
A. Michael Pratt
