IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARNETTE AND CLAY D. BREECE, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH E. LAWRENCE JR., VALERIE A. ARKOOSH, MD, MPH, and FRANK DEAN in their individual capacities, <br><br> Defendants. | CIVIL ACTION <br><br><br><br><br> No. 2:20-05477 |

## **[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____ 2020 upon consideration of proposed intervenor the Pennsylvania Democratic Party's Amended Motion to Intervene and any opposition thereto, **IT IS HEREBY ORDERED** that Intervenor's Amended Motion to Intervene is **GRANTED**.

BY THE COURT:

_____
Savage, J.