# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARNETTE AND CLAY D. BREECE | ) CIVIL ACTION )  ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 2-20-cv-05477 ) |
| KENNETH E. LAWRENCE JR., VALERIE A. ARKOOSH. MD, MPH, FRANK DEAN, in their individual capacities, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

Kindly enter the appearance of Adam R. Roseman on behalf of proposed intervenor, the Pennsylvania Democratic Party, in the above captioned matter.

Respectfully submitted,

Dated: November 4, 2020

**GREENBERG TRAURIG, LLP**

*s/ Adam R. Roseman*
Adam R. Roseman
A. Michael Pratt
Kevin Greenberg
**GREENBERG TRAURIG, LLP**
1717 Arch Street, Suite 400
Philadelphia, PA  19103
(t) 215.988.5916/7818/7826
(f) 215.988.7801
prattam@gtlaw.com
greenbergk@gtlaw.com
rosemana@gtlaw.com

*Attorneys for Intervenor*

**CERTIFICATE OF SERVICE**

I, Adam R. Roseman, hereby certify that on November 4, 2020, I caused a true and correct copy of the foregoing Notice of Appearance to be served on counsel of record for Plaintiffs and Defendants listed on the docket via the Court's ECF system.

*/s/ Adam R. Roseman*
Adam R. Roseman