**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KATHY BARNETTE AND<br>CLAY D. BREECE | ) | CIVIL ACTION |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2-20-cv-05477 |
| | ) | |
| KENNETH E. LAWRENCE JR., VALERIE<br>A. ARKOOSH, MD, MPH, and FRANK<br>DEAN in their individual capacities, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JOINDER IN DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO
PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Intervenor Pennsylvania Democratic Party ("PA Democratic Party") adopts and

incorporates by reference the Equal Protection and Due Process, and standing arguments set forth

in Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Temporary

Restraining Order ("Opposition"). Dkt. 22.

Respectfully submitted,

Dated: November 4, 2020

*/s/ A. Michael Pratt*
A. Michael Pratt
Kevin M. Greenberg
Adam R. Roseman
**GREENBERG TRAURIG, LLP**
1717 Arch Street, Suite 400
Philadelphia, PA  19103
(t) 215.972.5916/7818/7826
(f) 215.988.7801
prattam@gtlaw.com
greenbergk@gtlaw.com
rosemana@gtlaw.com

*Attorneys for Intervenor Pennsylvania Democratic
Party*

## **CERTIFICATE OF SERVICE**

I, A. Michael Pratt, hereby certify that on November 4, 2020, I caused a true and correct copy of the foregoing Joinder to be served on counsel of record for Plaintiffs, Defendants, and other Intervenors listed on the docket via the Court's ECF system.

*/s/ A. Michael Pratt*
A. Michael Pratt