Exhibit A

## 2ND LEVEL BALLOT LOG

| Name / ID-NUMBER | Voter ID / ISSUE | Issue # / DECISION | INITIALS |
|---|---|---|---|
| Rekha Kapoor | 006333755-46 | SE 540 | LZ |
| Alisa Dayanim | 0010022495-46 | SE 541 | LZ |
| Bok cha Kim | 110147102-46 | SE 542 | LZ |
| Magdelyn Baez | 086252598-46 | SE 543 | LZ |
| Deakis Horn | 006336413-46 | SE 544 | LZ |
| Brittany Kirschner | 103379671-46 | SE 546 | LZ |
| Song H Kim | 110146943-46 | SE 545 | LZ |
| Betty Lane | 005875361-46 | SE 547 | LZ |
| Rebecca Badger | 103714772-46 | SE 548 | LZ |
| Lauren Baez-Perez | 107983742-46 | SE 549 | LZ |
| Kevin Berkovitz | 000191667-46 | SE 550 | LZ |
| Aliyah Hopkins | 110944940-46 | SE 551 | LZ |
| Alexander Silver | 006367607-46 | SE 552 | LZ |
| Barton Frank | 005045778-46 | SE 553 | LZ |
| Kathleen Fox | 003265334-46 | SE 554 | LZ |
| Ronald Farlow | 014592559-46 | SE 555 | LZ |
| Leigh Ford | 109743261-46 | SE 556 | LZ |
| Thomas Fitzpatrick | 000311705-46 | SE 557 | LZ |
| June Walker | 005956727-46 | SE 558 | LZ |
|  |  | SE 559 |  |
| Dances Corea | 0010163487-46 | SE 560 | LZ |
| Susan Lowery | 005682173-46 | SE 561 | LZ |
| Rigoberto Godoi | 107842377-46 | SE 562 | LZ |
| Christopher Anderson | 109293878-46 | SE 563 | LZ |
| Phoebe Weisbrot | 108449116-46 | SE 564 | LZ |
| Leslie Winfield | 005700869-46 | SE 565 | LZ |
| Miranda Schneider | 109305622-46 | SE 566 | LZ |
| Colleen Sullivan | 107878705-46 | SE 567 | LZ |
| Alexsandra Roman | 103543338-46 | SE 568 | LZ |
| Skye Michaels | 014448719-46 | SE 569 | LZ |
| Eric Steven Berry | 005777159J-46 | SE 570 | LZ |
| Andrew Driscoll | 006151255-46 | SE 571 | LZ |
| Emilie Vanblarcom | 108247814-46 | SE 572 | LZ |
| Michelle Mahan | 003348790-46 | SE 573 | LZ |
| Mary Ferrante | 006198137-46 | SE 574 | LZ |
| Lin Lin Dong | 110464641-46 | SE 575 | LZ |
| Laura Sukanick | 020668104-46 | SE 576 | LZ |
| Riccardo Capraal | 104515803-46 | SE 577 | LZ |
| Sarah DiCarlo | 005850601-46 | SE 578 | LZ |
| Mike Robbins | 103351358-46 | SE 579 | LZ |
| Lowell Chotiner | 015478636-46 | SE 580 | LZ |
| Michael Caulick | 005810617-46 | SE 581 | LZ |