

## 2ND LEVEL OUTER ENVELOPE LOG

| ID NUMBER | ISSUE | DECISION | INITIALS |
|---|---|---|---|
| OE338 | No date | Reject | KEC |
| OE339 | No address | Reject | KEC |
| OE340 | No date | Reject | KEC |
| OE342 | No date | Reject | KEC |
| OE343 | No date | Reject | KEC |
| OE344 | partial date | question | KEC |
| OE345 | No declaration | Reject | KEC |
| OE346 | No address | Reject | KEC |
| OE347 | No town | accept | KEC |
| OE348 | No address | Reject | KEC |
| OE349 | No signature | Reject | KEC |
| OE350 | No date | Reject | KEC |
| OE351 | No address | Reject | KEC |
| OE352 | No address | Reject | KEC |
| OE353 | No address | Reject | KEC |
| OE354 | No address | Reject | KEC |
| OE355 | No address | Reject | KEC |
| OE356 | No address | Reject | KEC |
| OE357 | No address | Reject | KEC |
| OE358 | No address | Reject | KEC |
| OE359 | No address | Reject | KEC |
| OE360 | No declaration | Reject | KEC |
| OE361 | No address | Reject | KEC |
| OE362 | No address | Reject | KEC |
| OE363 | No address | Reject | KEC |
| OE364 | No signature | Reject | KEC |
| OE365 | No address | Reject | KEC |
| OE366 | No date | Reject | KEC |
| OE367 | No date/address | Reject | KEC |
| OE368 | No address | Reject | KEC |
| OE369 | No date | Reject | KEC |
| OE370 | No address | Reject | KEC |
| OE371 | No address | Reject | KEC |
| OE372 | No date | Reject | KEC |
| OE373 | No date | Reject | KEC |
| OE374 | No date | Reject | KEC |
| OE375 | No date | Reject | KEC |
| OE376 | No declaration | Reject | KEC |
| OE377 | No date | Reject | KEC |
| OE378 | No date | Reject | KEC |
| OE379 | No declaration | Reject | KEC |
| OE380 | No declaration | Reject | KEC |

42