IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARNETTE, individually and as a candidate for Pennsylvania's 4th Congressional District and on behalf of all citizen electors of Berks County, Pennsylvania, et al.<br><br>Plaintiffs,<br>v.<br><br>KENNETH E. LAWRENCE JR., Chair of the Montgomery County Board of Elections and Vice Chair of the Montgomery County Board of Commissioners, in his official capacity, et al.<br><br>Defendants. | :<br>:<br>:  Civil Action No. 2:20-cv-05477<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION TO WITHDRAW**
**MOTION FOR A TEMPORARY RESTRAINING ORDER**

1. On November 3, 2020, Plaintiffs filed the Motion for Temporary Restraining Order (ECF 11).

2. On November 4, 2020, the Court held an Evidentiary Hearing regarding Plaintiffs' Motion for Temporary Restraining Order.

3. The Court has provided the parties with an opportunity to file Memorandums of Law.

4. Plaintiffs have their Memorandum of Law and Defendants' Memorandum of Law is due by 9:00 a.m. November 6, 2020.

5. Due to the timing of these proceedings and the pendency of a hearing scheduled in the Commonwealth Court of the Pennsylvania at 10:00 a.m. Friday, November 6, 2020, in Harrisburg, Pennsylvania. Plaintiffs believe that a Temporary Restraining Order in this case will be ineffective in addressing the matters covered in their Motion and, therefore, withdraw their Motion without

prejudice to their underlying Complaint for Declaratory and Injunctive Relief and ask the Court to enter an appropriate order.

                                                Respectfully Submitted,

                                                **DILLON, MCCANDLESS, KING,**
                                                **COULTER & GRAHAM, LLP**

Dated: November 5, 2020              By: /s/ Thomas E. Breth
                                                      Thomas E. Breth
                                                      Jordan P. Shuber

                                               *Counsel for Plaintiffs*