IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARNETTE, Individually and As A Candidate for Pennsylvania's 4th Congressional District and on Behalf of All Citizen Electors of Montgomery County and Berks County, Pennsylvania and CLAY D. BREECE, Individually and as an Elector in that Portion of Pennsylvania's 4th Congressional District Located in Berks County, and on Behalf of All Citizen Electors of Berks County, Pennsylvania Within Pennsylvania's 4th Congressional District: <br><br> v. <br><br> KENNETH E. LAWRENCE, JR., Chair of the Montgomery County Board of Election[s] and Vice Chair of the Montgomery County Board of Commissioners, In His Official Capacity VALERIE A. ARKOOSH, MD, MPH, Vice Chair of the Montgomery County Board of Elections and Chair of the Montgomery County Board of Commissioners, In Her Official [Capacity] and FRANK DEAN, Mail-In Election Director for Montgomery County, In His Official Capacity | CIVIL ACTION <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> NO. 20-5477 |

**ORDER**

**NOW**, this 4th day of November, 2020, upon consideration of the Pennsylvania Democratic Party's Motion to Intervene (Document No. 27) and the Pennsylvania Democratic Party's Amended Motion to Intervene (Document No. 28) and without objection, it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that the Pennsylvania Democratic Party is granted

leave to intervene in this action.

/s/ TIMOTHY J. SAVAGE J.