IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHY BARNETTE, individually and as a candidate for Pennsylvania's 4th Congressional District and on behalf of all citizen electors of Berks County, Pennsylvania, et al. | : : : : | Civil Action No.  2:20-cv-05477 |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| KENNETH E. LAWRENCE JR., Chair of the Montgomery County Board of Elections and Vice Chair of the Montgomery County Board of Commissioners, in his official capacity, et al. | : : : : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiffs, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss all causes of action in the Complaint against the Defendants herein without prejudice. Defendants have filed neither an answer to the Complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Dated: November 11, 2020

Respectfully submitted:

*/s/ Andrew Teitelman*
Andrew Teitelman
PA ID No. 43545
Law Offices of Andrew Teitelman P.C.
380 Red Lion Road, Suite 103
Huntingdon Valley, PA 19006
Tel: 267-255-6864   Fax: 215-434-7491
Email: ateitelman@teitelaw.com

*/s/ Thomas E. Breth*
Thomas E. Breth
PA ID No. 66350
Dillon McCandless King
Coulter & Graham, LLP
128 West Cunningham Street
Butler, PA 16001
Tel: 724-283-2200   Fax: 724-283-2298

*Counsel for Plaintiffs*